No. 922. LIBERTY NATIONAL BANK OF SOUTH CAROLINA, ET AL. *v.* J. W. MCINTOSH, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES ET AL. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. April 11, 1927. Dismissed at petitioners' cost per stipulation of *Mr. D. W. Robinson* for petitioners, and *Messrs. R. B. Herbert* and *John K. Shields* for respondents.